# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-3662

_____

| | | |
|---|---|---|
| Lloyd Friedman, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Eastern |
| City of Jacksonville, Arkansas; Brett | * | District of Arkansas. |
| Hibbs, Officer, Individually and in his | * | |
| official capacity as a Police Officer | * | [UNPUBLISHED] |
| for the City of Jacksonville, Arkansas, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 21, 2000

Filed: June 29, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Lloyd Friedman sued the City of Jacksonville, Arkansas and Jacksonville Police Officer Brett Hibbs (collectively the City) for violations of his constitutional rights under 42 U.S.C. § 1983 in connection with his arrest for public intoxication and criminal trespass. The district court granted the City's motions to stay discovery and for summary judgment and Friedman appeals. Having carefully reviewed the record

and the parties' briefs, we conclude the motions were properly granted and we affirm for the reasons stated in the district court's opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.